AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WOODS, KAY | BANKRUPTCY- N. D. OHIO | 08/18/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES BANKRUPTCY JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

NATHANIEL R. JONES FED. BLDG.
10 EAST COMMERCE STREET
YOUNGSTOWN, OH 44503

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER | OHIO STATE UNIVERSITY MORITZ COLLEGE OF LAW NATIONAL COUNCIL (NO COMPENSATION OR REIMBURSEMENTS RECEIVED) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | BOYD, RUMMELL, CARACH, CURRY, KAUFMANN & BINS-CASTRONOVO, LPA - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | 04/10/2015-04/14/2015 | SAN ANTONIO, TX | ACTIVITY OF PROFESSIONAL ASSOCIATION OR CIVIC ORGANIZATION | TRAVEL AND MEALS |
| 2. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | 09/27/2015-09/30/2015 | MIAMI, FL | ACTIVITY OF PROFESSIONAL ASSOCIATION OR CIVIC ORGANIZATION | TRAVEL, LODGING AND MEALS |
| 3. | ALLEGEHNY COUNTY BAR ASSOCIATION | 12/03/2015-12/04/2015 | PITTSBURGH, PA | ACTIVITY OF PROFESSIONAL ASSOCIATION OR CIVIC ORGANIZATION | TRAVEL, LODGING AND MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 08/18/2016 |

4. _____ _____ _____ _____ _____

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 08/18/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNCBANK, NATIONAL ASSOCIATION | A | Interest | K | T | | | | | |
| 2. NATIONWIDE INSURANCE | A | Interest | K | T | | | | | |
| 3. JOHN HANCOCK LIFE INSURANCE | A | Interest | J | T | | | | | |
| 4. AXA EQUITABLE LIFE INSURANCE COMPANY | A | Interest | J | T | | | | | |
| 5. NORTHWESTERN MUTUAL LIFE INSURANCE | C | Interest | | | Closed | 09/28/15 | L | | |
| 6. NORTHWESTERN MUTUAL LIFE INSURANCE | C | Interest | | | Closed | 09/28/15 | L | | |
| 7. TALMER BANK - | A | Interest | M | T | | | | | |
| 8. TALMER BANK - | A | Interest | J | T | | | | | |
| 9. TALMER BANK - | A | Interest | J | T | | | | | |
| 10. TALMER BANK - | | None | | | Matured | 12/31/15 | J | | |
| 11. MANULIFE FINANCIAL CORPORATION (LIFE INSURANCE) | A | Dividend | K | T | | | | | |
| 12. MANULIFE FINANCIAL CORPORATION (STOCK) | A | Dividend | J | T | | | | | |
| 13. PRUDENTIAL C/O COMPUTERSHARE | A | Dividend | K | T | | | | | |
| 14. PRUDENTIAL LIFE INSURANCE CO. (LIFE INSURANCE) | | None | | | Closed | 12/31/15 | J | | |
| 15. UNITED COMMUNITY FINANCIAL CORP | A | Dividend | K | T | | | | | |
| 16. TALMER BANK STOCK (FORMERLY FIRST PLACE BANK STOCK) | | None | | | Closed | 12/31/15 | J | | |
| 17. FIDELITY TRADITIONAL IRA (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WOODS, KAY** | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -FIDELITY BALANCED | D | Dividend | M | T | | | | | |
| 19. -FIDELITY EQUITY INCOME | D | Dividend | L | T | | | | | |
| 20. -FIDELITY STRATEGIC INCOME | D | Dividend | K | T | | | | | |
| 21. -FIDELITY CASH RESERVES | D | Dividend | J | T | | | | | |
| 22. FIDELITY - INDIVIDUAL ACCOUNT (H) | | | | | | | | | |
| 23. -FIDELITY BALANCED | A | Dividend | K | T | | | | | |
| 24. -FIDELITY EQUITY INCOME | A | Dividend | K | T | | | | | |
| 25. -FIDELITY STRATEGIC INCOME | A | Dividend | J | T | | | | | |
| 26. CHARLES SCHWAB (H) | | | | | | | | | |
| 27. -ISHARES GOLDMAN SACHS TECHNOLOGY INDEX | A | Dividend | J | T | Sold (part) | 01/13/15 | J | C | |
| 28. -SPDR HEALTH CARE SELECT SECTOR | A | Dividend | J | T | Sold (part) | 01/13/15 | J | A | |
| 29. | | | | | Sold (part) | 10/12/15 | J | A | |
| 30. -RYDEX S&P INDEX EQUAL WEIGHT FINANCIAL | A | Dividend | J | T | | | | | |
| 31. -SPDR INDUSTRIAL SELET SECTOR | A | Dividend | J | T | | | | | |
| 32. -SPDR INDUSTRIAL SELECT SECTOR | A | Dividend | J | T | Sold (part) | 04/12/15 | J | A | |
| 33. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 34. -SECTOR SELECT SPDR CONSUMER STAPLES | A | Dividend | | | Sold (part) | 01/13/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 08/06/15 | J | A | |
| 36. -SPDR ENERGY SELECT SECTOR | A | Dividend | J | T | Sold (part) | 01/13/15 | J | A | |
| 37. -ISHARES DOW JONES US AEROSPACE & DEF | A | Dividend | | | Sold | 09/24/15 | J | A | |
| 38. -FIRST TRUST MATERIALS ALPHADEX | | None | | | Sold | 01/13/15 | J | A | |
| 39. -VANGUARD TELECOMMUNICATION SERVICES | A | Dividend | J | T | | | | | |
| 40. -S&P MIDCAP 400 | A | Dividend | J | T | | | | | |
| 41. -ISHARES S&P MID-CAP 400 GROWTH | A | Dividend | J | T | Sold (part) | 02/28/15 | J | A | |
| 42. -ISHARES S&P SMALLCAP 600 INDEX | A | Dividend | J | T | | | | | |
| 43. -S&P SMALL CAP 600 | A | Dividend | J | T | Sold (part) | 04/14/15 | J | A | |
| 44. -MSCI EMU INDEX | | None | | | Sold | 01/14/15 | J | A | |
| 45. | | | | | | | | | |
| 46. -MSCI UNITED KINGDOM | | None | | | Sold | 01/14/15 | J | A | |
| 47. -MSCI PAC EX JAPN | | None | | | Sold | 04/15/15 | J | B | |
| 48. | | | | | Buy | 01/13/15 | J | | |
| 49. -MSCI CANADA | A | Dividend | J | T | Buy | 01/13/15 | J | | |
| 50. -VANGUARD WORLD EX SMALL CAP | A | Dividend | J | T | Sold (part) | 10/12/15 | J | D | |
| 51. | | | | | Buy (add'l) | 01/13/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -VANGUARD EMERGING MKT | A | Dividend | J | T | Buy (add'l) | 01/13/15 | J | | |
| 53. -POWERSHARES DWA EMERGING MARKETS | A | Dividend | J | T | | | | | |
| 54. -ISHARES DOW JONES US TECHNOLOGY SECTOR INDEX | A | Dividend | J | T | Buy | 01/13/15 | K | | |
| 55. | | | | | Sold (part) | 10/12/15 | J | A | |
| 56. -ISHARES NASDAQ BIOTECHNOLOGY INDEX | A | Dividend | J | T | Buy | 07/09/15 | J | | |
| 57. -RYDEX S&P EQUAL WEIGHT CONSUMER STAPLES | A | Dividend | J | T | Buy | 08/06/15 | J | | |
| 58. -SPDR MATERIALS SELECT SECTOR | A | Dividend | J | T | Buy | 01/13/15 | J | | |
| 59. -SPDR UTILITIES SELECT SECTOR | A | Dividend | J | T | Buy | 01/13/15 | J | | |
| 60. -VANGUARD EUROPEAN STOCK | A | Dividend | J | T | Buy | 01/14/15 | K | | |
| 61. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 62. -VANGUARD PACIFIC STOCK | A | Dividend | J | T | Buy | 04/15/15 | J | | |
| 63. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 64. -ISHARES PHLX SOX SEMICONDUCTOR | A | Dividend | | | Buy | 01/13/15 | J | | |
| 65. | | | | | Sold | 07/09/15 | J | A | |
| 66. -VANGUARD MORTGAGE BACKED SECURITIES INDEX | A | Dividend | J | T | Sold (part) | 04/14/15 | J | A | |
| 67. -BARCLAYS INTERMEDIATE | A | Dividend | | | Sold | 04/14/15 | K | A | |
| 68. -BARCLAYS BOND 3-7 YEAR TREASURY | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -SPDR BARCLAYS CAPITAL SHORT TERM HIGH YEILD BOND | A | Dividend | J | T | | | | | |
| 70. -VANGUARD INTERMEDIATE TERM CORP BOND INDEX | A | Dividend | J | T | Buy | 04/14/15 | K | | |
| 71. -SPDR DOUBLELINE TOTAL RETURN | A | Dividend | J | T | Buy | 04/14/15 | J | | |
| 72. -VANGUARD REIT INDEX ETF | A | Dividend | J | T | Sold (part) | 01/13/15 | J | A | |
| 73. -IQ HEDGE MULTI-STRATEGY TRACKER | A | Dividend | K | T | | | | | |
| 74. -AQR N MANAGED FUTURES | A | Dividend | J | T | Sold (part) | 01/13/15 | J | A | |
| 75. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 76. -SCHWAB US TREASURY MONEY FUND | A | Dividend | K | T | | | | | |
| 77. -WASATCH LONG/SHORT | A | Dividend | | | Sold | 07/09/15 | J | A | |
| 78. -AQR DIVERSIFIED ARBITRAGE | A | Dividend | | | Sold | 02/20/15 | J | A | |
| 79. -VANGUARD MARKET NEUTRAL INVESTOR | A | Dividend | J | T | Buy | 02/20/15 | J | | |
| 80. | | | | | Buy (add'l) | 12/24/15 | J | | |
| 81. -SCHWAB HEDGED EQUITY | A | Dividend | J | T | Buy | 12/10/15 | J | | |
| 82. -FIRST TRUST DOW JONES INTERNET INDEX | A | Dividend | J | T | Buy | 10/12/15 | J | | |
| 83. -SELECT SPDR CONSUMER DISCRETIONARY | A | Dividend | J | T | | | | | |
| 84. SCHWAB IRA ROLLOVER ACCOUNT #2 (H) | | | | | | | | | |
| 85. -ISHARES GOLDMAN SACHS TECHNOLOGY INDEX | | None | | | Sold | 01/13/15 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -SECTOR SPDR HEALTHCARE | A | Dividend | K | T | Sold (part) | 07/09/15 | J | B | |
| 87. | | | | | Sold (part) | 10/12/15 | J | A | |
| 88. -SELECT SPDR CONSUMER DISCRETIONARY | A | Dividend | K | T | Sold (part) | 04/14/15 | J | A | |
| 89. | | | | | Sold (part) | 07/09/15 | J | A | |
| 90. | | | | | Sold (part) | 10/12/15 | J | A | |
| 91. -RYDEX S&P EQUAL WEIGHT FINANCIAL ETF | A | Dividend | K | T | Buy (add'l) | 01/13/15 | J | | |
| 92. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 93. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 94. -SECTOR SPDR INDUSTRIAL | A | Dividend | K | T | Sold (part) | 02/18/15 | J | B | |
| 95. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 96. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 97. -SECTOR SPDR CONSUMER STAPLES | A | Distribution | | | Sold (part) | 01/13/15 | J | A | |
| 98. | | | | | Sold | 08/06/15 | J | D | |
| 99. -SECTOR SPDR ENERGY | A | Dividend | K | T | Sold (part) | 02/18/15 | J | A | |
| 100. | | | | | Sold (part) | 10/12/15 | J | A | |
| 101. -FIRST TRUST MATERIALS ALPHADEX | | None | | | Sold | 01/13/15 | J | B | |
| 102. -ISHARES DOW JONES US AEROSPACE & DEF | A | Dividend | J | T | Sold (part) | 09/24/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -ISHARES PHLX SOX SEMICONDUCTOR | A | Dividend | | | Sold | 07/21/15 | J | A | |
| 104. -ISHARES DOW JONES US REGIONAL BANKS | | None | | | Sold | 01/13/15 | J | A | |
| 105. -VANGUARD TELECOMMUNICATIONS SERVICES | A | Dividend | J | T | | | | | |
| 106. -S&P MIDCAP 400 | A | Dividend | K | T | | | | | |
| 107. --S&P MIDCAP 400 EFT | A | Dividend | K | T | Sold (part) | 02/28/15 | J | B | |
| 108. -S&P SMALL CAP 600 | A | Dividend | J | T | Sold (part) | 01/13/15 | J | B | |
| 109. | | | | | Sold (part) | 07/09/15 | J | A | |
| 110. -ISHARES S&P SMALL CAP 600 INDEX | A | Dividend | K | T | Buy (add'l) | 01/13/15 | J | | |
| 111. -MCSI EMU INDEX | | None | | | Sold | 01/14/15 | J | A | |
| 112. -MCSI UNITED KINGDOM | | None | | | Sold | 01/14/15 | J | A | |
| 113. -MCSI PAC EX JAPN | | None | | | Buy (add'l) | 02/18/15 | J | | |
| 114. | | | | | Sold | 04/15/15 | J | C | |
| 115. -VANGUARD WORLD EX SMALL CAP | A | Dividend | | | Sold | 10/12/15 | J | A | |
| 116. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 117. -MCSI CANADA | A | Dividend | J | T | Buy (add'l) | 02/18/15 | J | | |
| 118. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 119. -VANGUARD EMERGING MARKET | A | Dividend | K | T | Buy (add'l) | 07/09/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -POWERSHARES DWA EMERGING MARKETS | A | Dividend | J | T | Buy (add'l) | 07/09/15 | J | | |
| 121. -RYDEX S&P EQUAL WEIGHT CONSUMER STAPLES | A | Dividend | K | T | Buy | 08/06/15 | J | | |
| 122. -SPDR MATERIALS SELECT SECTOR | A | Dividend | J | T | Buy | 01/13/15 | J | | |
| 123. | | | | | Buy (add'l) | 02/18/15 | J | | |
| 124. -SPDR UTILITIES SELECT SECTOR | A | Dividend | J | T | Buy | 01/13/15 | J | | |
| 125. -ISHARES DOW JONES US TECHNOLOGY SECTOR INDEX | A | Dividend | K | T | Buy | 01/13/15 | K | | |
| 126. -VANGUARD PACIFIC STOCK | A | Dividend | K | T | Buy | 04/15/15 | K | | |
| 127. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 128. -VANGUARD EUROPEAN | A | Dividend | L | T | Buy | 01/14/15 | L | | |
| 129. | | | | | Sold (part) | 04/14/15 | J | A | |
| 130. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 131. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 132. -ISHARES DOW JONES TRANSPORTATION | A | Dividend | | | Buy | 01/13/15 | J | | |
| 133. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 134. | | | | | Sold | 05/26/15 | J | | |
| 135. -VANGUARD MORTGAGE BACKED SECURITIES INDEX | A | Dividend | J | T | Sold (part) | 04/14/15 | J | A | |
| 136. -BARCLAYS INTERMEDIATE | A | Dividend | | | Sold | 04/14/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -BARCLAYS 3-7 YR | A | Dividend | J | | Buy (add'l) | 04/14/15 | J | | |
| 138.  -SPDR BARCLAYS CAPITAL SHORT TERM HIGH YEILD BOND | A | Dividend | J | T | | | | | |
| 139.  -VANGUARD REIT INDEX EFT | A | Dividend | K | T | Buy (add'l) | 01/13/15 | J | | |
| 140. | | | | | Buy (add'l) | 04/14/15 | J | | |
| 141.  -IQ HEDGE MULTI-STRATEGY TRACKER | A | Dividend | L | T | Buy (add'l) | 02/18/15 | J | | |
| 142.  -AQR N MANAGED FUTURES | B | Dividend | K | T | Sold (part) | 02/20/15 | J | A | |
| 143. | | | | | Sold (part) | 04/14/15 | J | A | |
| 144. | | | | | Buy (add'l) | 07/09/15 | J | | |
| 145. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 146. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 147. | | | | | Buy (add'l) | 12/21/15 | J | | |
| 148.  -WASATCH LONG/SHORT | | None | | | Buy (add'l) | 04/14/15 | J | | |
| 149. | | | | | Sold | 07/09/15 | K | A | |
| 150.  -AQR DIVERSIFIED ARBITRAGE I | | None | | | Sold | 02/20/15 | J | A | |
| 151.  -SCHWAB US TREASURY MONEY FUND | | None | K | T | | | | | |
| 152.  -FIRST TRUST DOW JONES INTERNET INDEX | | None | J | T | Buy | 07/21/15 | J | | |
| 153. | | | | | Buy (add'l) | 10/12/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -ISHARES DOW JONES US HOME CONSTRUCTION | A | Dividend | J | T | Buy | 10/12/15 | J | | |
| 155. -ISHARES NASDAQ BIOTECHNOLOGY INDEX | A | Dividend | J | T | Buy | 05/26/15 | J | | |
| 156. | | | | | Buy (add'l) | 07/21/15 | J | | |
| 157. -VANGUARD INTERMEDIATE TERM CORP BOND INDEX | A | Dividend | J | T | Buy | 04/14/15 | J | | |
| 158. | | | | | | | | | |
| 159. -SPDR DOUBLELINE TOTAL RETURN | A | Dividend | J | T | Buy | 04/14/15 | J | | |
| 160. -VANGUARD MARKET NEUTRAL INVESTOR | A | Dividend | J | T | Buy | 02/20/15 | J | | |
| 161. | | | | | Buy (add'l) | 12/24/15 | J | | |
| 162. -SCHWAB HEDGED EQUITY | A | Dividend | K | T | Buy | 07/09/15 | K | | |
| 163. | | | | | Buy (add'l) | 12/10/15 | J | | |
| 164. STIFEL NICOLAUS - INDIVIDUAL ACCOUNT (H) | | | | | | | | | |
| 165. -STIFEL NICOLAUS MONEY MARKET | A | Dividend | K | T | | | | | |
| 166. -AT&T | B | Dividend | K | T | Buy (add'l) | 01/09/15 | J | | |
| 167. -AMERICAN INTERNATIONAL GROUP INC NEW | | None | | | Sold | 01/28/15 | J | A | |
| 168. -APPLIED MATERIALS INC | | None | | | Sold | 01/28/15 | J | A | |
| 169. -BANKMONTREAL QUEBEC | B | Dividend | K | T | | | | | |
| 170. -CITIGROUP INC NEW | | None | | | Sold | 01/28/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -COMCAST CORP CLASS A NEW | A | Dividend | J | T | | | | | |
| 172. -CONOCOPHILLIPS | B | Dividend | K | T | | | | | |
| 173. -DIEBOLD INC | A | Dividend | J | T | | | | | |
| 174. -FREEPORT MCMORAN INC | A | Dividend | J | T | | | | | |
| 175. -INTEL CORP | A | Dividend | J | T | | | | | |
| 176. -MERCK & COMPANY INC NEW | A | Dividend | J | T | | | | | |
| 177. -MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 178. -PEPSICO INC | A | Dividend | K | T | | | | | |
| 179. -PFIZER | A | Dividend | J | T | | | | | |
| 180. -POTASH CORP SASK INC | A | Dividend | J | T | | | | | |
| 181. -PROCTER & GAMBLE COMPANY | A | Dividend | K | T | | | | | |
| 182. -SMUCKER JM COMPANY NEW | | None | | | Sold | 01/28/15 | J | A | |
| 183. -UNITEDHEALTH GROUP INC | A | Dividend | K | T | | | | | |
| 184. -VODAFONE GRP PLC NEW ADR | A | Dividend | J | T | | | | | |
| 185. -YUM BRANDS INC | A | Dividend | J | T | | | | | |
| 186. -UNIVERSITY CINCINNATI OH GEN RCPTS SER F B/E OID | A | Interest | J | T | | | | | |
| 187. -DAYTON OH ARPT REV IMPT JM COX DAYTON INTL A B/E OID | A | Interest | | | Redeemed | 12/01/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -CLEVLAND OH AARPT SYS REV SER C RMKTED | A | Interest | J | T | | | | | |
| 189. -COLUMBUS OH SEWER REV SYS SER A | A | Interest | J | T | | | | | |
| 190. -FRANKLIN OH HC FACS RV REF & IMPT PRSBYTRN A RADIAN | A | Interest | J | T | | | | | |
| 191. -MONTGOMERY CNTY OH REV CATHOLIC HEALTH D | A | Interest | J | T | | | | | |
| 192. -CINCINNATI ON ECON DEV REV BALDWIN 300 PL SER B | A | Interest | J | T | | | | | |
| 193. -FRANKLIN CNTY OH HOSP REV IMPT CHILDRENS HOSP | A | Interest | | | Redeemed | 05/01/15 | J | A | |
| 194. -OHIO STATE HEIGHER EDL FAC COMMN REV HOSP UNIV HLTH SYS | A | Interest | J | T | | | | | |
| 195. -CLEVELAND OH ST UNIV GENL RCPTS SER A | A | Interest | J | T | | | | | |
| 196. -FRANKLIN CNTY OH REV RFDG TRINITY HLTH SER C | A | Interest | J | T | | | | | |
| 197. -MARYSVILLE OH WASTEWATER TREATMENT SYS REV B/E | A | Interest | J | T | | | | | |
| 198. -MONTGOMERY CNTY OH REV CATHOLIC HEALTH | A | Interest | J | T | | | | | |
| 199. -OHIO ST HIGH EDL FAC COMMN REV SUMMA HLTH | A | Interest | J | T | | | | | |
| 200. OHIO ST HIGH EDL FAC COMMN REV KENYON CLLG | A | Interest | J | T | | | | | |
| 201. -MARYSVILLE OH WASTEWATER TREATMENT SYS REV | A | Interest | J | T | | | | | |
| 202. -EASTMAN KODAK COMPANY SENIOR NOTES | A | Dividend | J | T | | | | | |
| 203. -SANFOI CONTINGENT RTS VALUE | | None | J | T | | | | | |
| 204. -AMERICAN INTL GROUP WTS | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -CLEVELAND OH ARPT SYS REV SER A AGM B/E PTC CPN 5% DUE | A | Interest | K | T | | | | | |
| 206. -OHIO ST HIGHER EDL FAC COMMON REV KENYON COLLEGE | A | Interest | J | T | | | | | |
| 207. -PHILLIPS 66 CUSIP▓ | | None | | | Sold | 01/28/15 | J | B | |
| 208. -EXPRESS SCRIPTS HOLDING COMPANY | | None | | | Sold | 01/28/15 | J | A | |
| 209. -OHIO ST AIR QLTY DEV AUTH REV RFDG POLLTN CTL FIRSTENERGY GENL A B/E | A | Interest | J | T | | | | | |
| 210. -OHIO ST UNIV GENL RCPTS SER A REV B/E | A | Interest | K | T | | | | | |
| 211. -MIAMI UNIV OH REV GENL RCPTS B/E | A | Interest | K | T | | | | | |
| 212. -EASTMAN KODAK COMPANY NEW | A | Dividend | | | Sold | 01/28/15 | J | A | |
| 213. -LINN ERNERGY LLC UNIT REPRESENTING LL INTERESTS | A | Distribution | J | T | Buy | 01/09/15 | J | | |
| 214. -ROYAL DUTCH SHELL PLC | A | Dividend | J | T | Buy | 01/09/15 | J | | |
| 215. STIFEL NICOLAUS - IRA ACCOUNT (H) | | | | | | | | | |
| 216. -STIFEL NICOLAUS MONEY MARKET | A | Dividend | K | T | | | | | |
| 217. -APPLIED MATERIALS | | None | | | Sold | 01/28/15 | J | A | |
| 218. -BP PLC SPONSORED ADR | C | Dividend | K | T | Buy (add'l) | 01/09/15 | J | | |
| 219. -BRISTOL MYERS SQUIBB CO | A | Dividend | J | T | | | | | |
| 220. -CHESAPEAKE ENERGY CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221.  -CISCO SYSTEMS INC | A | Dividend | K | T | | | | | |
| 222.  -DEERE & CO | A | Dividend | J | T | | | | | |
| 223.  -DISNEY WALT CO | B | Dividend | L | T | | | | | |
| 224.  -DOW CHEMICAL CO | A | Dividend | J | T | | | | | |
| 225.  -EMC CORP MASS | A | Dividend | J | T | | | | | |
| 226.  -ERICSSON LM TEL CO | | None | | | Sold | 01/28/15 | J | A | |
| 227.  -GENERAL ELECTRIC | B | Dividend | K | T | | | | | |
| 228.  -HP INC ( FORMERLY KNOWN AS HEWLETT-PACKARD CO) | A | Dividend | J | T | | | | | |
| 229.  -HEWLETT PACKARD ENTERPRISES COMPANY | | | J | T | Spinoff (from line 228) | 11/02/15 | J | | |
| 230.  -HOME DEPOT INC | A | Dividend | J | T | | | | | |
| 231.  -INTEL CORP | A | Dividend | J | T | | | | | |
| 232.  -JOHNSON & JOHNSON | B | Dividend | K | T | | | | | |
| 233.  -LILLY ELI & CO | A | Dividend | K | T | | | | | |
| 234.  -MARATHON OIL CORP | A | Dividend | J | T | | | | | |
| 235.  -MERCK & CO INC NEW | B | Dividend | K | T | | | | | |
| 236.  -MOTOROLA SOLUTIONS INC NEW | A | Dividend | | | Sold | 01/28/15 | J | A | |
| 237.  -ORACLE CORP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 238. -PEPSICO INC | A | Dividend | K | T | | | | | |
| 239. -PFIZER INC | A | Dividend | J | T | | | | | |
| 240. -PROCTER & GAMBLE | A | Dividend | K | T | | | | | |
| 241. -ROYAL DUTCH SHELL PLC SPONSORED ADR REPSTG A SHS | A | Dividend | J | T | | | | | |
| 242. -SEVENTY SEVEN ENERGY | | None | | | Sold | 01/28/15 | J | A | |
| 243. -TARGET CORP | A | Dividend | J | T | | | | | |
| 244. -WAL-MART STORES INC | A | Dividend | J | T | | | | | |
| 245. -EXPRESS SCRIPTS HOLDING COMPANY | | | J | T | | | | | |
| 246. -MARATHON PETROLEUM CORP | A | Dividend | K | T | | | | | |
| 247. -CHENIERE ENERGY PARTNERS LP UNITS REPRESENTING LIMITED LIABILITY INTE | A | Distribution | J | T | | | | | |
| 248. -ENERGY TRANSFER PARTNERS UNIT LTD PARTNERSHIP | A | Distribution | J | T | | | | | |
| 249. -GLAXOSMITHKLINE PLC | A | Dividend | J | T | Buy | 01/09/15 | J | | |
| 250. AMERICAN FUNDS - 401(K) ACCOUNT (H) | | | | | | | | | |
| 251. - AMCAP FUND - R3 | D | Dividend | M | T | | | | | |
| 252. - THE GROWTH FUND OF AMERICA - R3 | E | Dividend | M | T | | | | | |
| 253. - EUROPACIFIC GROWTH FUND - R3 | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 08/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. - THE INVESTMENT COMPANY OF AMERICA - R3 | D | Dividend | M | T | | | | | |
| 255. - CAPITAL WORLD GROWTH AND INCOME - R3 | C | Dividend | M | T | | | | | |
| 256. - CAPITAL INCOME BUILDER -R3 | A | Dividend | L | T | | | | | |
| 257. - THE BOND FUND OF AMERICA - R3 | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 08/18/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| WOODS, KAY | 08/18/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ KAY WOODS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544